# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00486-FDW-DSC

| | |
|---|---|
| MAURICE GRIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUNCAN GRAY AND THE CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant Charlotte-Mecklenburg Board of Education's ("CMBE") "Motion to Stay Discovery Pending Outcome of Defendant's Interlocutory Appeal" (document #44). For the reasons stated in the Motion and accompanying brief, the Motion is granted. This matter is stayed pending resolution of CMBE's appeal of the Court's Order denying the Motion to Dismiss Plaintiff's Ninth Claim for Relief.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 11, 2018

_____
David S. Cayer
United States Magistrate Judge