UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00486-FDW-DSC

| | |
|---|---|
| MAURICE GRIER,<br><br>  Plaintiff,<br><br>vs.<br><br>DUNCAN GRAY, individually and as an employee of the Charlotte-Mecklenburg Board of Education; CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,<br><br>  Defendants. | ORDER |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On December 11, 2018, the Court granted a STAY of discovery and other deadlines in this matter pending the appeal by Defendant Charlotte-Mecklenburg Board of Education (Doc. No. 47). The Clerk's office had placed this matter on the trial calendar for September 2019; however, the case is still pending appeal. The Court hereby TERMINATES the trial setting for September 9, 2019.

IT IS HEREBY ORDERED that within fourteen (14) calendar days of the issuance of a decision on the appeal by the Fourth Circuit Court of Appeals, the parties shall confer and submit a jointly-proposed amended scheduling order. The Court will update deadlines and the trial setting in this matter following receipt of that filing.

IT IS SO ORDERED.

Signed: September 3, 2019

_____
Frank D. Whitney
Chief United States District Judge