IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00486-FDW-DSC

| | |
|---|---|
| MAURICE GRIER,<br><br>  Plaintiffs,<br><br> v.<br><br>THE CHARLOTTE-MECKLENBURG BOARD OF EDUCATION<br>DUNCAN GRAY,<br><br>  Defendants. | <u>ORDER</u> |

 THIS MATTER is before the Court on Defendant Charlotte-Mecklenburg Board of Education's Motion for Witness' Virtual Trial Testimony. (Doc. No. 85). For the reasons stated in the Motion to which neither Plaintiff nor Co-Defendant Gray object, the Court finds good cause has been shown to permit Witness Ann Clark to testify in open court by contemporaneous virtual transmission from a different location. The parties are responsible for the logistics of the video-calling technology; however, they may coordinate with Deputy Clerk, Candace Cochran, as necessary. The Court accordingly GRANTS the Motion.

 IT IS SO ORDERED.

       Signed: February 24, 2021

       *[Signature]*
       Frank D. Whitney
       United States District Judge