UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00486-FDW-DSC

| | |
|---|---|
| MAURICE GRIER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DUNCAN GRAY, individually and as an )<br>employee of the Charlotte-Mecklenburg Board )<br>of Education; CHARLOTTE- )<br>MECKLENBURG BOARD OF )<br>EDUCATION, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on the "Objection to Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action," (Doc. No. 106), filed pro se by Everett Allen, a party subpoenaed by Plaintiff to testify at trial in this matter. For the reasons stated in open court, the Motion (Doc. No. 106) is GRANTED. The Clerk is respectfully directed to send a copy of this Order to the return address indicated on Everett Allen's envelope containing the instant motion: Everett Allen, 122 Garden Grove Lane, Red Oak, Texas 75154.

IT IS SO ORDERED.

Signed: May 4, 2021

Frank D. Whitney
United States District Judge