# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Maurice Grier**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00486-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| The Charlotte-Mecklenburg Board of Education | ) | |
| Duncan Gray**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Jury and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's May 7, 2021 Order.

May 20, 2021

Frank G. Johns, Clerk
United States District Court